

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-17-00053-CR |
| IN RE: JESUS GANDARA, JR., | § | Appeal from the |
| Relator. | § | 210th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 20130D01343) |
| | § | |

# O R D E R

On March 2, 2017, Relator, Jesus Gandara, Jr., filed a mandamus petition to challenge two orders entered on February 2, 2017 by the Honorable Gonzalo Garcia, Judge of the 210th District Court of El Paso County, Texas, in cause number 20130D01353, styled *The State of Texas v. Jesus Gandara, Jr.* Relator also filed a motion to stay these orders pending our review of the mandamus petition. The motion is GRANTED. It is therefore ORDERED that the February 2, 2017 order modifying the terms and conditions of community supervision, and the February 2, 2017 order extending the term of community supervision are stayed pending our review of the mandamus petition or further order of the Court.

IT IS SO ORDERED this 14th day of March, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.